

# Fourth Court of Appeals
## San Antonio, Texas

June 25, 2021

No. 04-21-00245-CV

**IN THE INTEREST OF M.A.V., JR.,**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-01590
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal of an order in a suit for termination of the parent-child relationship that must be disposed of by this court within 180 days of the date the notice of appeal was filed in the trial court. *See* TEX. R. JUD. ADMIN. 6.2. Appellant timely filed his notice of appeal on June 7, 2021. Accordingly, the reporter's record was due ten days later on June 17, 2021. *See* TEX. R. APP. P. 26.1(b), 35.1(b). The record was not filed.

On June 22, 2021, this court notified court reporter Elva G. Chapa by letter that she is the court reporter responsible for timely filing the reporter's record, and the record had not been filed. Our notice required the court reporter to file the record by July 2, 2021 unless appellant had failed to pay or make arrangements to pay the fee for preparing the record and is not entitled to the record without paying the fee, in which case the court reporter was required to file a notice so advising the court by June 29, 2021.

On June 23, 2021 the court reporter filed a notification of late record requesting an extension of time until July 6, 2021 to file the record. We grant the motion and order the record due July 6, 2021. Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

Because this is an appeal from the termination of parental rights, "the trial court must direct the official or deputy reporter to immediately commence the preparation of the reporter's record. The trial court must arrange for a substitute reporter, if necessary." TEX. R. APP. P. 28.4(b)(1). We further order the clerk of this court to serve a copy of this order on the trial court. *See* TEX. R. APP. P. 35.3(c) ("[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed").

_____
Luz Elena D. Chapa, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of June, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court